WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
GREGORY E. BULLARD - State Bar No. 199117
gbullard@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity, and BEVERLY HILLS POLICE CHIEF SANDRA SPAGNOLI, OFFICER STEPHANIE NGUYEN-LIEU, OFFICER MICHAEL DOWNS, OFFICER AARON MORI, OFFICER ALEXANDER RHEE, and OFFICER CONTRERAS, as employees of the CITY OF BEVERLY HILLS, a public entity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL NAZARIAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY HILLS, BEVERLY HILLS POLICE DEPARTMENT CHIEF SANDRA SPAGNOLI, individually and in her official capacity, OFFICER STEPHANIE NGUYEN-LIEU (#04839), individually and as a peace officer, OFFICER MICHAEL DOWNS, individually and as a peace officer, OFFICER AARON MORI, individually and as a peace officer, OFFICER ALEXANDER RHEE, individually and as a peace officer, OFFICER CONTRERAS, individually and as a peace officer, and Does 1-10,<br><br>Defendants. | CASE NO.: 19-cv-04391-DSF (Ex)<br><br>BEFORE THE HONORABLE DALE S. FISCHER<br>COURTROOM 7D<br><br>[DISCOVERY DOCUMENT; REFERRED TO MAGISTRATE JUDGE CHARLES F. EICK]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br><br>HEARING DATES PENDING:<br><br>TYPE: Motion for Reconsideration<br>DATE: December 2, 2019<br>TIME: 1:30 p.m.<br>CRTRM: 7D<br><br>TYPE: Final Pretrial Conference<br>DATE: August 10, 2020<br>TIME: 3:00 p.m.<br>CRTRM: 750<br><br>TYPE: Trial<br>DATE: August 25, 2020<br>TIME: 8:30 a.m.<br>CRTRM: 750 |

///
///
///

1

1449037.1

GOOD CAUSE APPEARING, and in accordance with the parties' Stipulation re [Proposed] Protective Order,

IT IS HEREBY ORDERED that Defendants CITY OF BEVERLY HILLS, a public entity, and BEVERLY HILLS POLICE CHIEF SANDRA SPAGNOLI, OFFICER STEPHANIE NGUYEN-LIEU, OFFICER MICHAEL DOWNS, OFFICER AARON MORI, OFFICER ALEXANDER RHEE, and OFFICER CONTRERAS, as employees of the CITY OF BEVERLY HILLS, a public entity, and Plaintiff RACHEL NAZARIAN, by and through their respective counsel, are to abide by the Stipulation and this Protective Order regarding the protected material as indicated in the Stipulation re Protective Order filed concurrently herewith.

DATED: 11/8/19

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE
OF THE DISTRICT COURT

1449037.1