JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL NAZARIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY HILLS, BEVERLY HILLS POLICE DEPARTMENT CHIEF SANDRA SPAGNOLI, individually and in her official capacity, OFFICER STEPHANIE NGUYEN-LIEU (#04839), individually and as a peace officer, OFFICER MICHAEL DOWNS, individually and as a peace officer, OFFICER AARON MORI, individually and as a peace officer, OFFICER ALEXANDER RHEE, individually and as a peace officer, OFFICER CONTRERAS, individually and as a peace officer, and Does 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-04391-DSF (Ex)<br><br>BEFORE THE HONORABLE DALE S. FISCHER<br>COURTROOM 7D<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL**<br><br><u>HEARING DATES PENDING</u>:<br><br>None |

1

1  GOOD CAUSE APPEARING, and in accordance with the parties' Joint Stipulation for Dismissal Pursuant to Federal Rules of Civil Procedure Rule 41, the above-entitled action (2:19-cv-04391-DSF (Ex)) is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: November 30, 2021

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE